Francis PARKS–EL, Plaintiff—Appellant,

v.

PRISON HEALTH SERVICES, INCORPORATED; Unknown, Health Service Director; Fred Schilling, Title Unknown, individually and in official capacity; L. Owens, Senior Health Services Administrator, individually and in official capacity; M. Underdue, Head Nurse, individually and in official capacity; Nurse Smith, S–3 Medical Nurse, individually and in official capacity; Virginia Department of Corrections; George M. Hinkle, Warden, individually and in official capacity; C. Alderman, Assist. Warden, individually and in official capacity, Defendants—Appellees.

No. 10–6576.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2011.

Decided: June 8, 2011.

Francis Parks–El, Appellant Pro Se.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Parks–El appeals the district court's judgment dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parks–El v. Prison Health Servs., Inc.,* No. 1:10–cv–00274–JCC–TCB (E.D.Va. Mar. 31, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*